IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:08-00118 |
| | ) | Judge Trauger |
| OTIS VERNELL MACLIN, JR., a/k/a "O" | ) | |

**O R D E R**

At the hearing held on October 1, 2013, the government moved to dismiss the Petition filed in this case (Docket No. 43). For good cause shown, it is hereby **ORDERED** that the Petition to Revoke Supervision is **DISMISSED**, and the defendant shall remain on his present conditions of supervised release.

It is so **ORDERED.**

Enter this 1st day of October 2013.

_____
ALETA A. TRAUGER
United States District Judge